NO. 07-05-0464-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 10, 2006
_____

EX PARTE R. WAYNE JOHNSON
_____

**_MEMORANDUM OPINION_**
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Relator R. Wayne Johnson filed a notice of appeal on December 15, 2005. However, he did not pay the $125 filing fee required from relators under Texas Rule of Appellate Procedure 5. Nor did he file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated December 27, 2005, we informed relator that "the filing fee in the amount of $125.00 has not been paid. Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal." TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref'd). The deadline lapsed, and the fee was not received. Furthermore, relator's motion to proceed as a pauper was untimely and failed to comply with the requirements of Tex. R. App. P. 20.1.

Because relator failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam